**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENNIFER LE FEUVRE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-09636

Judge Lindsay C. Jenkins

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 11 | Duanpeng.W |
| 3 | Zhongxi.W |
| 5 | Shigui |
| 10 | Yinwan |
| 68 | Chengcai Wu |
| 74 | Shixiangbaihuohang |
| 78 | XSTH |
| 173 | chenqivb |
| 175 | pengnanjiancai |
| 118 | ZKLi Fashion |
| 134 | Ynmk Jun |
| 59 | PTCL shoes |
| 202 | Yageerya |
| 8 | Potton |
| 72 | DUEIG(7-15 Days Delivery) |
| 96 | Miwasion |
| 97 | Deokke |
| 104 | BHAHB |
| 80 | Sdggsgv Womens Fashion Up 70% |
| 165 | Walbest |

| | |
|---|---|
| 65 | GLOA |
| 120 | HHeiK |
| 121 | BallsFHK |
| 124 | Royallove |
| 18 | UQRZAU |
| 26 | Lightning Deals Of Today Prime ✦ QUFECH |
| 35 | Tantisy ★ Easter Day Big Promotion |
| 45 | NIAIOCTI |
| 71 | Kansopa |
| 22 | VJIOJAP |
| 20 | ink2055 |
| 67 | Honrane-US |
| 70 | Yaoyodd19 |

DATED: November 27, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt